IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL CARMIE ANTONELLI                                              PETITIONER

v.                           NO. 2:06CV00117 JLH-JFF

LINDA SANDERS, Warden,
FCI Forrest City, Arkansas;
and MICHAEL GAINES, Chairman,
United States Parole Commission                                       RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

It is therefore ordered that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is summarily dismissed with prejudice. It is also ordered that:

> Petitioner may not file any complaint, habeas petition, motion, or other document in this Court without first obtaining permission from Chief Judge J. Leon Holmes. In seeking permission from Judge Holmes to file a complaint, habeas petition, motion, or other document raising a claim for relief, Petitioner must certify that the claims he wishes to present are new claims never before raised and disposed of on the merits by any federal court. He must also certify that he has fully exhausted his administrative remedies with respect to each claim and present proof of such exhaustion. In seeking permission to file a habeas petition raising a new claim, Petitioner also must state why he did not raise the claim in a prior habeas petition. If Petitioner fails to comply with this order or files a false certification, Petitioner may be found in contempt of court and punished accordingly.

IT IS SO ORDERED this 26th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE